In the Matter of the Application of SAMUEL COHEN to Cancel and Discharge a Mechanic's Lien Filed by MAXIS ENGINEERING & CONSTRUCTION COMPANY,

INC.— Motion for stay pending appeal denied. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.